**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Paige Elizabeth Gilli Pellizzeri, | ) | Case No. 5:23-cv-00502 |
| *Plaintiff,* | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | United States District Court Judge |
| | ) | |
| Martin O'Malley, | ) | Daniel J. Stewart |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $9,551.60, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:  July 31, 2024

| | |
|---|---|
| Martin O'Malley, | Paige Elizabeth Gilli Pellizzeri, |
| By His Attorneys, | By Her Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| /s/ Hugh Dun Rappaport<br>Hugh Dun Rappaport<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 700992<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(617) 565-2380<br>Hugh.Dun.Rappaport@ssa.gov | /s/ Justin M. Goldstein<br>Justin M. Goldstein<br>Hiller Comerford Injury & Disability Law<br>6000 North Bailey Avenue - Suite 1a<br>Amherst, NY 14226<br>(716) 564-3288<br>jgoldstein@hillercomerford.com |

**SO ORDERED:**

_____
Glenn T. Suddaby
U.S. District Judge

August 5, 2024